1
2
3
4            **UNITED STATES DISTRICT COURT**
5               **DISTRICT OF NEVADA**
6
7    BRUCE COUTURIER, et al.,                 )    Case Nos.    2:12-cv-01104-KJD-NJK
                                              )                 2:12-cv-01106-KJD-NJK
8                      Plaintiff(s),          )                 2:12-cv-01107-KJD-NJK
                                              )                 2:12-cv-01108-KJD-NJK
9    vs.                                      )                 2:12-cv-01110-KJD-NJK
                                              )                 2:12-cv-01111-KJD-NJK
10   AMERICAN INVSCO CORP., et al.,           )
                                              )    ORDER SETTING HEARING
11                     Defendant(s).          )
     ─────────────────────────────────────   )
12
13          Pending before the Court are Plaintiffs' motions to extend discovery.  In some cases, the
14   Court has also received partial joinders.  The Court hereby **ORDERS** any additional joinders or
15   responses to be filed no later than March 29, 2013.  The Court further **ORDERS** that these motions
16   be set for hearing on April 4, 2013 at 10:30 a.m. in Courtroom 3B.
17          IT IS SO ORDERED.
18          DATED: March 27, 2013
19
20
21                                            _____
22                                            NANCY J. KOPPE
                                              United States Magistrate Judge
23
24
25
26
27
28