**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANK TADDEO, et al.,  )<br>  )<br>            Plaintiff(s),  )<br>  )<br>vs.  )<br>  )<br>AMERICAN INVSCO CORPORATION, et al.,  )<br>  )<br>            Defendant(s).  )<br>_____ ) | Case No. 2:12-cv-01110-APG-NJK<br><br>ORDER DENYING<br>MOTIONS TO COMPEL<br>(Docket No. 50, 51) |

Pending before the Court are two of Plaintiffs' motion to compel. Docket Nos. 50, 51. In light of the stay entered by District Judge Gordon, Docket No. 61, those motions are hereby DENIED without prejudice. Once the stay is lifted, Plaintiffs may renew those motions. The Court notes that there has been an attempt to meet and confer on those motions, but the Court continues to believe that a full, "personal consultation" regarding the specifics of the motion could resolve or narrow the issues. Accordingly, before the pending motions are renewed, counsel are required to have a meaningful, personal consultation regarding the specific issues in those motions.[1] To the extent counsel are unable to schedule a time to meaningfully confer, Plaintiffs' counsel shall notify the Court and it will order a time for counsel to do so.

IT IS SO ORDERED.

DATED: May 17, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] That consultation must go beyond the exchange of emails and letters, and must include an in-person or telephonic meeting of counsel.