Case 2:12-cv-01110-APG-NJK   Document 89   Filed 10/22/13   Page 1 of 2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE COUTURIER, et al., | Case Nos.  2:12-cv-01104-APG-NJK |
| Plaintiff(s), | 2:12-cv-01106-APG-NJK |
|  | 2:12-cv-01107-APG-NJK |
| vs. | 2:12-cv-01108-APG-NJK |
|  | 2:12-cv-01110-APG-NJK |
| AMERICAN INVSCO CORP., et al., | 2:12-cv-01111-APG-NJK |
| Defendant(s). | ORDER RE: MOTION TO WITHDRAW |

Pending before the Court is a motion to withdraw filed by the attorneys of Defendants American Invsco Corporation, Condominium Rental Services Inc., and Nicholas Gouletas ("Defendants") on October 21, 2013. The Court hereby **SETS** a hearing on the motion for October 29, 2013, at 10:00 a.m. in Courtroom 3C. Defendants' current attorneys, as well as a corporate representative of Defendants American Invsco Corporation and Condominium Rental Services Inc., are hereby ordered to attend the hearing.[1] Any new counsel retained to represent Defendants in this matter is also ordered to attend. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than October 24, 2013, Defendants' current counsel of record shall notify Defendants of this order that they appear and shall file a proof of service. With respect to

---

[1] Based on the stipulation filed on October 18, 2013, the Court understands that Mr. Gouletas is unable to travel. No later than October 24, 2013, moving counsel shall file a notice with the Court indicating whether Mr. Gouletas' health condition precludes him from appearing telephonically at the hearing scheduled above.

Defendants American Invsco Corporation and Condominium Rental Services Inc., the Court wishes to highlight that corporations may appear in federal court only through licensed counsel. *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

Any response to the motion to withdraw shall be filed no later than October 25, 2013. Counsel for other parties are not required to attend the hearing set for October 29, 2013, but may do so if they choose.

IT IS SO ORDERED.

DATED: October 22, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge