UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRUCE COUTURIER, et al., | ) ) | Case Nos.   2:12-cv-01104-APG-NJK |
| Plaintiff(s), | ) ) | 2:12-cv-01106-APG-NJK<br>2:12-cv-01108-APG-NJK |
| vs. | ) ) | 2:12-cv-01110-APG-NJK<br>2:12-cv-01111-APG-NJK |
| AMERICAN INVSCO CORP., et al., | ) ) | ORDER DISCHARGING |
| Defendant(s). | ) ) | ORDER TO SHOW CAUSE |

Pending before the Court is an order for Defendant Rebekah DeSmet and her attorney (Kristina Holman) to show cause why they should not be sanctioned for failing to timely submit a settlement conference statement. *See, e.g.*, 2:12-cv-1104, Docket No. 154. The Court has received a written response to the order to show cause. *See, e.g.*, 2:12-cv-1104, Docket No. 165. In light of the representations made in that response, the Court will not impose monetary sanctions at this time. Nonetheless, the Court **CAUTIONS** Ms. DeSmet and Ms. Holman that the Court expects strict compliance with Court orders, the Local Rules, and the Federal Rules of Civil Procedure. Ms. DeSmet and Ms. Holman should expect that future violations will result in monetary sanctions.

IT IS SO ORDERED.

DATED: July 22, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge