**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANK TADDEO; AMELIA TADDEO; | Case No. 2:12-cv-01110-APG-NJK |
| Plaintiffs, | Removed from Eighth District Court Clark County; Case No. 08-A-572374 |
| vs. | Formerly Case No.:  2:08-cv-01463 Bifurcated and Consolidated with the following Cases for Discovery Purposes: |
| AMERICAN INVSCO CORPORATION, et al. | 2:12-cv-01104-AJG-NJK |
| Defendants. | 2:12-cv-01106-AJG-NJK |
| | 2:12-cv-01107-AJG-NJK |
| | 2:12-cv-01108-AJG-NJK |
| | 2:12-cv-01111-AJG-NJK |
| | Trial:  August 12, 2014 |
| | Judgment:  August 21, 2014 |

## [PROPOSED] ORDER SCHEDULING JUDGMENT DEBTOR EXAMINATION AND TO PRODUCE DOCUMENTS

Pursuant to Plaintiffs' Motion for Examination of Judgment Debtor Koval Flamingo LLC and to Produce Documents and for good cause appearing, therefor,

IT IS HEREBY ORDERED that:

1. The corporate or limited liability company representative(s) of Koval Flamingo, LLC (herein "KOVAL") shall personally appear before this Court on <u>December 15, 2014</u> at <u>10:00 a.m.</u> in Courtroom <u>3D</u> and shall be sworn to tell the truth and give testimony at a Judgment Debtor Examination.   Said representative(s) shall be examined with regard to the extent and location of KOVAL's assets and other matters as set forth in Exhibit 1.

2. At least 10 days prior to the above-scheduled Judgment Debtor Examination, Judgment Debtor shall produce the following documents to counsel for Plaintiffs at 4475 S. Pecos Road, Las Vegas, Nevada  89121:

a.  Any and all information and documentation identifying real property, computers, intellectual property, vehicles, brokerage accounts, bank deposits, and all other assets that may be available for execution to satisfy the Judgment entered by the Court, including, but

1

not limited to, information relating to financial accounts, monies owed to KOVAL by others, and all other matters relating to the finances of KOVAL.

b. Documents sufficient to show KOVAL's balance sheet for each month for the years 2005 through the present.

c. Documents sufficient to show KOVAL's gross revenues for each month for the years 2005 through the present. Documents sufficient to show KOVAL's costs and expenses for each month for the years 2005 through the present.

d. All tax returns filed by KOVAL with any governmental body for the years 2005 through the present, including all schedules, W-2s and 1099s.

e. All of KOVAL's accounting records, computerized, electronic and printed or paper format for the years 2005 through the present.

f. All of KOVAL's statements, cancelled checks and related banking documents for any bank, brokerage or other financial account at least partially controlled by KOVAL or recorded in the name of KOVAL or one of its directors or officers for KOVAL's benefit including but not limited to the KOVAL accounts under the control of various American Invsco Corporation related entities including Condominium Rental Services, Condominium Rental Services Inc., Realty Services, Inc., Meridian Condominium Rental Services, Inc. and American Invsco Realty, Inc. dba AI Realty, Inc. for the years 2005 through the present.

g. All of KOVALs checkbooks, checkbook stubs, check registers and checkbook entries for the years 2005 to the present in electronic, printed or paper format for the years 2005 through the present.

h. All of KOVAL's statements, cancelled checks and related banking documents for any bank, brokerage or other financial account at least partially controlled by KOVAL or recorded in the name of KOVAL or one of its directors, members and/or officers for KOVAL benefit, for the years 2005 through the present.

i. All of KOVAL's checkbooks, checkbook stubs and checkbook entries for the years 2005 to the present.

j. Documents sufficient to show the means and source of payment of KOVAL's attorneys and any other Defendants fees and costs in the case at hand and all of the cases pending before the State and federal courts of the State of Nevada.

k. Documents constituting the profit and loss statements and general ledger of KOVAL from 2006 to the present.

l. Corporate documents including all articles, operating agreements, minutes, memoranda, resolutions, and any member distributions.

m. Documents sufficient to show the means and source of payment of any rent and expenses of KOVAL for the years 2005 to the present.

n.  All of KOVAL's statements, cancelled checks and related banking documents for any bank, brokerage or other financial account at least partially controlled by KOVAL or its subsidiaries or parent company or recorded in the name of KOVAL or one of its directors or officers for KOVAL's benefit, for the years 2005 through the present.

o.  All documents sufficient to identify any proprietary rights in any intellectual property owned or used to be owned by KOVAL from 2005 to the present.

p.  Documents sufficient to identify the means and source of payment to KOVAL's counsel in this matter and all court costs as well as the source of payment for real property taxes, homeowner association dues relating to the Meridian condominium units owned by KOVAL.

q.  Any settlement agreements  by which another party has agreed to pay money to KOVAL or judgments or arbitration awards such as, but not limited to any agreement with the Homeowners Association of Meridian Private Residences and Traviliant and any other party from 2005 to the present.

3.  Judgment Creditor shall personally serve the Judgment Debtor with a copy of this Order and shall provide proof of such service to the Court no later than November 14, 2014.


4.  Should Judgment Debtor and/or its representative fail or refuse to appear at the Judgment Debtor Examination herein scheduled, or to produce the documents referred to above, this Court may adjudicate the Judgment Debtor guilty of civil contempt for its orders and the Court may issue a warrant for arrest or seizure order to compel compliance with this Order.

DATED and DONE this 3rd  day of November    , 2014.


_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

Submitted by:
MICHAEL R. MUSHKIN & ASSOCIATES

_____
Michael R. Mushkin, Esq.  #2421
Steven M. Shinn, Esq.  #6822
4475 S. Pecos Road
Las Vegas, Nevada  89121
Attorneys for Plaintiffs/Judgment Creditors

3