UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANK TADDEO, et al., | Case No. 2:12-cv-01110-APG-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| AMERICAN INVSCO CORPORATION, et al., | |
| Defendant(s). | |

On December 15, 2014, the Court called the judgment debtor examination in this matter as scheduled. At that time, Plaintiffs' counsel argued that a finding of civil contempt was appropriate and requested sanctions. As stated during the hearing, the Court hereby **ORDERS** Plaintiffs to file a written motion no later than December 22, 2014. That motion must specify all relief that Plaintiffs are seeking arising out of the scheduled judgment debtor examination, and must provide legal authority establishing that such relief may be properly granted. That motion shall specify against which parties and/or attorneys relief is being sought, and whether relief is being sought jointly and severally. *Cf.* Fed. R. Civ. P. 16(f) (authorizing imposition of sanctions against "a party or its attorney" for failing to comply with a Court order). The motion shall also address whether the failure to oppose the motion for a judgment debtor examination resulted in the waiver of any arguments.

Any response must be filed no later than December 29, 2014.[1]  The failure to file a responsive brief will be deemed an admission that the relief sought is properly granted. *See* Local Rule 7-2(d).

---

[1] The Court reminds counsel that this order governs the briefing schedule on the forthcoming motion. Regardless of any automatically-generated deadline created by the CM/ECF system that is placed on the docket upon the filing of the motion, the deadline for opposing the forthcoming motion is December 29, 2014. *See Carrillo v. B&J Andrews Enters., LLC*, 2013 U.S. Dist. Lexis 22010, *2 (D. Nev. Feb. 19, 2013).

Any reply must be filed no later than January 5, 2015.

IT IS SO ORDERED.

DATED:   December 15, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge