# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK TADDEO, et al., ) | |
| ) | |
| Plaintiff(s), ) | Case No. 2:12-cv-01110-APG-NJK |
| ) | |
| vs. ) | ORDER STRIKING FILED |
| ) | DOCUMENTS |
| AMERICAN INVSCO CORP., et al., ) | |
| ) | (Docket Nos. 244-247) |
| Defendant(s). ) | |

On May 9, 2013, the Court entered an order striking subpoenas that had been returned executed because Plaintiffs had improperly filed them on docket. Docket No. 55. Plaintiffs have now filed affidavits of service of four additional subpoenas. Docket Nos. 244-247. Pursuant to Local Rule 26-8 and the Court's prior order, discovery-related documents are not to be filed unless ordered by the Court. No such order has been entered in this case. Because each of the above documents was filed in violation of Local Rule 26-8 and the Court's prior order, they shall be **STRICKEN** by the Clerk.

The Court again **ORDERS** the parties and counsel to cease filing discovery documents on the docket in compliance with Local Rule 26-8. Failure to abide by this order and Local Rule 26-8 may result in sanctions pursuant to, *inter alia*, Local Rule IA 4-1 and Fed. R. Civ. P. 16(f).

IT IS SO ORDERED.

DATED: March 10, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge