# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK TADDEO, et al., <br>     Plaintiff(s), <br> vs. <br> AMERICAN INVSCO CORPORATION, et al., <br>     Defendant(s). | Case No. 2:12-cv-01110-APG-NJK <br> ORDER <br> (Docket No. 302) |

Pending before the Court is Plaintiff's motion to extend the time to respond to the motion to quash or for protective order. Docket No. 302. For good cause shown, the motion is GRANTED. Plaintiff's response shall be filed no later than December 30, 2015. Any reply shall be filed no later than January 7, 2016.

    IT IS SO ORDERED.

    Dated: December 22, 2015

                                        NANCY J. KOPPE <br>
                                        United States Magistrate Judge