UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANK TADDEO, et al., <br><br> Plaintiff(s), <br><br> vs. <br><br> AMERICAN INVSCO CORPORATION, et al., <br><br> Defendant(s). | Case No. 2:12-cv-01110-APG-NJK <br><br> ORDER |

 Pending before the Court are a motion to quash a subpoena and a motion for protective order. Docket Nos. 297, 298. Those motions have now been fully briefed. The post-judgment discovery at issue is sought from former Defendant Nicholas Gouletas seeking financial information he may possess with respect to judgment debtor Koval Flamingo. *See* Docket No. 304 at 3. Mr. Gouletas himself is not a judgment debtor. Mr. Gouletas has now filed a notice that he has filed a bankruptcy petition. *See* Docket No. 312. Mr. Gouletas and Plaintiffs are hereby ordered to file supplemental briefs regarding how, if at all, the bankruptcy filing impacts the pending post-judgment discovery motions. Those supplemental briefs shall be filed no later than February 1, 2016.

 IT IS SO ORDERED.

 Dated: January 19, 2016

                _____
                NANCY J. KOPPE
                United States Magistrate Judge