AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF  Nevada

Frank Taddeo, Amelia Taddeo

Plaintiffs,

V.

American Invsco Corporation, et al

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-cv-01110-APG-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is hereby entered in favor of defendants American Invsco Corporation, Condominium Rental Services, Inc. and Nicholas Gouletas and against plaintiffs Frank Taddeo and Amelia Taddeo in the amount of $2,473.60 in attorney's fees incurred in defending against the plaintiffs' failed securities claims.

January 26, 2016

Date

/s/ Lance S. Wilson

Clerk

/s/ M. Morrison

(By) Deputy Clerk