# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK TADDEO, et al., ) | Case No. 2:12-cv-01110-APG-NJK |
| Plaintiff(s), ) | |
| vs. ) | ORDER |
| AMERICAN INVSCO CORPORATION, et al., ) | |
| Defendant(s). ) | |

Pending before the Court are a motion to quash a subpoena and a motion for protective order filed by Defendant Nicholas Gouletas. Docket Nos. 297, 298. The Court hereby **SETS** a hearing on those motions for 11:30 a.m. on February 19, 2016, in Courtroom 3A. Counsel shall be prepared to argue the merits of the motions, the jurisdiction of this Court over the dispute, the timeliness of the motions, the appropriate remedy if the motions are deemed untimely (*e.g.*, summary denial, costs and attorneys' fees, or other remedies), and the impact (if any) of the notice of bankruptcy.

IT IS SO ORDERED.

Dated: February 9, 2016

NANCY J. KOPPE
United States Magistrate Judge