UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRANK TADDEO and AMELIA TADDEO,<br><br>        Plaintiffs,<br><br>v.<br><br>AMERICAN INVSCO CORPORATION, *et al.*,<br><br>        Defendants. | Case No. 2:12-cv-01110-APG-NJK<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

    Defendant Koval Flamingo, LLC moved for reconsideration of my Order (Dkt. #260) denying the defendants' post-trial motions under Federal Rules of Civil Procedure 50(b) and 59. (Dkt. #269.) After Koval filed the motion for reconsideration but before the plaintiffs responded, Koval filed a notice of appeal. (Dkt. #273.) The parties did not continue briefing the matter, presumably because I was divested of jurisdiction when Koval filed the notice of appeal. *See* Fed. R. App. P. 4.

    Although I lacked jurisdiction to rule on the motion for reconsideration, I issued an order under Federal Rule of Civil Procedure 62.1 indicating that Koval's motion raises a substantial issue. (Dkt. #314.) The Ninth Circuit subsequently granted Koval's motion for a limited remand so that I would have jurisdiction to address the motion for reconsideration. (Dkt. #332-1.) The parties previously did not complete briefing on the motion for reconsideration, so the following briefing schedule will apply. The plaintiffs shall file an opposition to the motion for reconsideration (Dkt. #269) within 14 days of the date of this Order and Koval shall file a reply seven days thereafter.

    DATED this 7th day of March, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE