# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANK TADDEO and AMELIA TADDEO,<br><br>                 Plaintiffs,<br><br>   v.<br><br>AMERICAN INVSCO CORPORATION, *et al*.,<br><br>                 Defendants. | Case No. 2:12-cv-01110-APG-NJK<br><br>**ORDER DENYING WRIT OF EXECUTION AND DIRECTING CLERK OF COURT TO AMEND THE JUDGMENT**<br><br>(ECF No. 330) |

       Plaintiffs Frank Taddeo and Amelia Taddeo filed a writ of execution in an amount that does not match the judgments entered in this case. ECF No. 330.  Accordingly, that writ is denied without prejudice.

       Additionally, the amended judgment ECF No. 319 is incorrect because it does not reflect the reduction I made to the jury's punitive damages award.  The jury rendered a verdict in favor of the Taddeos and against defendant Koval Flamingo, LLC for $68,000 for breach of contract, $304,424.00 against defendants Koval and American Invsco Corporation for fraudulent concealment, and $1,000,000.00 each against Koval and American Invsco in punitive damages. ECF No. 184.  Following post-trial motions, I reduced the punitive damage award to $456,636.00 against Koval and $456,636.00 against American Invsco. ECF No. 260 at 18.

       In a later order, I awarded the Taddeos $131,493.15 in attorney's fees against Koval, $17,400 in prejudgment interest against Koval on the breach of contract claim, and $90,989.41 against Koval and American Invsco on the fraudulent concealment claim. ECF No. 317 at 5-6. Finally, I taxed costs in favor of the Taddeos and against Koval and American Invsco in the amount of $4,620.57.

       Accordingly, the Taddeos' total award, including the jury verdict, attorney's fees, prejudgment interest, and taxable costs is as follows:

**Against Koval:**

$68,000 breach of contract damages

$304,424.00 fraudulent concealment damages

$456,636.00 punitive damages

$131,493.15 attorney's fees

$17,400 prejudgment interest on the breach of contract claim

$90,989.41 prejudgment interest on the fraudulent concealment claim

$4,620.57 costs

**$1,073,563.13 Total amount against Koval**

**Against American Invsco:**

$304,424.00 fraudulent concealment damages

$456,636.00 punitive damages

$90,989.41 prejudgment interest on the fraudulent concealment claim

$4,620.57 costs

**$856,669.98 Total amount against American Invsco**

IT IS THEREFORE ORDERED that the clerk of court shall amend the judgment(s) and tax costs consistent with this order.

IT IS FURTHER ORDERED that the Taddeos' writ of execution (ECF No. 330) is DENIED without prejudice.

DATED this 13th day of May, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE