UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANK TADDEO and AMELIA TADDEO,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN INVSCO CORPORATION, *et al.*,<br><br>Defendants. | Case No. 2:12-cv-01110-APG-NJK<br><br>**ORDER DENYING OBJECTION TO MAGISTRATE JUDGE'S ORDER**<br><br>ECF No. 329 |

Defendant Nicholas Gouletas moved for a protective order and to quash a subpoena issued by plaintiffs seeking to take his post-trial deposition. Magistrate Judge Koppe denied the motions, finding that this court does not have jurisdiction over the dispute because Gouletas should be treated as a "non-party" to the case after winning a directed verdict at trial. ECF No. 327. Gouletas objected to Judge Koppe's Order, arguing he is still a party to this and five other related cases still pending. ECF No. 329. I need not address that issue because I would deny Gouletas' motions on their merits. Gouletas contends that the plaintiffs want to depose him about his personal finances, which would violate the automatic stay imposed by his bankruptcy filing. The plaintiffs have stated they do not intend to ask such questions. Rather, they seek information about co-defendants Invsco and Koval. ECF No. 334 at 7. The automatic stay does not preclude such questioning. *In re Miller*, 262 B.R. 499, 504-506 (9th Cir. B.A.P. 2001).

IT IS HEREBY ORDERED THAT Gouletas' objection to Magistrate Judge Koppe's Order **(ECF No. 329) is OVERRULED.** Gouletas' motions to quash and for a protective order **(ECF Nos. 297, 298) are DENIED.**

DATED this 24th day of May, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE